William F. Dougherty
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800
dougherty@burkeparsons.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAVENDER INTERNATIONAL S.A., <br><br> Petitioner, <br><br> v. <br><br> INDUSTRIAL CARRIERS INC., <br><br> Respondent. | 09 CV 7907 (WHP) <br><br> AFFIDAVIT OF SERVICE <br><br> ECF CASE |

STATE OF NEW YORK      )
COUNTY OF NEW YORK   )

JAYSON COFIELD, having been duly sworn, hereby deposes and says:

I am not a party to this action, am over 18 years of age and reside at 14 E. 16th Street, 1st Floor, Bayonne, New Jersey 07002.

On the 3rd day of February, 2010, I personally served a l copy of the Judgment in this proceeding, entered on January 26, 2010, on Industrial Carriers Inc. by leaving a copy of the aforesaid judgment at the offices of CT Corporation System, which has been designated as Industrial Carriers Inc.'s agent for service of process, located at 111 Eighth Avenue, 13th Floor, New York, New York, at 9:50 a.m., with Paula Kash, who is employed as "Senior Process Specialist."

_____
JAYSON COFIELD

Sworn to before me this
9th day of February, 2010.

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9155_0010_S00.DOCX